DAVID BERNSTEIN, Appellant, *v.* LEON KAHN SHOE CO., INC., Respondent.

*Appeal — order of Appellate Division reversing order denying motion to vacate service of summons and complaint — appeal therefrom without permission dismissed.*

Bernstein v. Kahn Shoe Co., 201 App. Div. 845, appeal dismissed. (Submitted January 9, 1923; decided January 30, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

March 17, 1922, which reversed an order of Special Term denying a motion to vacate the service of a summons and complaint and granted said motion.

*Albert A. Lustig* for appellant.

*George F. Losche* and *Charles R. Coulter* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.